# ELECTRONIC RECORD

188-15

CCA # 09-14-00279-CR          OFFENSE: Appeal From a Pretrial Order

STYLE: The State of Texas
v. Cameron Scott Moseley          PUNISHMENT: _____

COUNTY: Polk

TRIAL COURT: 258th District Court          _____ MOTION
TRIAL COURT #: 23340          FOR REHEARING IS: _____
TRIAL COURT JUDGE: Judge 258th District Court          DATE: _____
DISPOSITION: REVERSED AND REMANDED          JUDGE: _____

DATE: 02-04-15

JUSTICE: Charles Kreger          PC   NO   S   YES
PUBLISH: YES          DNP:   NO

CLK RECORD: 08-29-14          SUPP CLK RECORD: _____
RPT RECORD: 09-10-14          SUPP RPT RECORD: _____
STATE BR: 09-12-14          SUPP BR: _____
APE BR: 10-01-14          PRO SE BR: _____

188-15

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**          CCA # _____PD-0188-15_____

-----------------------

_APPELLEE'S_ Petition          Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
___REFUSED___          JUDGE: _____
DATE: _04/01/2015_          SIGNED: _____ PC: _____
JUDGE: _Per Curiam_          PUBLISH: _____ DNP: _____

-----------------------

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____          _____ ON _____
JUDGE: _____          JUDGE: _____